

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,966-01

### EX PARTE SHAUNA LOUISE HOCHREITER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W15-60257-W(A) IN THE 363RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The application appears to be missing pages, including the unsworn declaration page for non-inmates, which the State refers to in its response.

The district clerk shall either forward to this Court or certify in writing that this document are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: August 10, 2021
Do not publish